FILED

MAY 1 4 2007

LEONARD GREEN, Clerk

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Nos. 04-2116; 05-1877

JIMMY RAY VALENTINE (04-2116);
KENNETH JEROME VALENTINE (05-1877),
   Petitioners - Appellants,

v.

UNITED STATES OF AMERICA,
   Respondent - Appellee.

Before: MARTIN and COOK, Circuit Judges; BUNNING, District Judge.

## JUDGMENT

On Appeal from the United States District Court
for the Western District of Michigan at Grand Rapids.

THIS CAUSE was heard on the record from the district court and was argued by counsel.

IN CONSIDERATION WHEREOF, it is ORDERED that the judgment of the district court is AFFIRMED in part and REVERSED in part, and the case is REMANDED for further proceedings in accordance with the opinion of this court.

ENTERED BY ORDER OF THE COURT

Leonard Green, Clerk