UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JIMMY RAY VALENTINE,

    Defendant.
_____/

CASE NO. 1:99-CR-01-02

HON. ROBERT J. JONKER

## MEMORANDUM OPINION AND ORDER

This matter is before the Court on Defendant's Motion for Modification or Reduction of Sentence Pursuant to 18 U.S.C. §3582(c)(2) (ECF No. 1027). On January 26, 2018, the Probation Department filed a Sentence Modification Report. The report was mailed to Defendant on the same day. Per this Court's order (ECF No. 1035), Defendant had 21 days after service of the report to file a response. No response has been filed.

Based on a review of Defendant's motion, the Sentence Modification Report, and the many filings and orders in this case, the Court has determined that the motion should be denied because the Guideline Amendment 782 does not reduce this Defendant's Guideline range.

Dated:    March 13, 2018        /s/ Robert J. Jonker
                                                        ROBERT J. JONKER
                                                        CHIEF UNITED STATES DISTRICT JUDGE